455 A.2d 198

Zimmerman v. Womack et ux., Appellants.

Argued May 20, 1982.  Eugene A. Lincoln, for appellants;  David Zimmerman, for appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.

January 21, 1983.

455 A.2d 199

Ceccotti, Appellant v. Nationwide Insurance Co.

Petition for Allowance of Appeal
Granted April 14, 1983.

Submitted September 20, 1982.  Allen H. Smith, for appellant;  Patricia Ann Butler, for appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.